AO 91 (Rev. 11/11)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

DEC 2 0 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| United States of America | ) | |
| v. | ) | Case No. SA:19-MJ-01553 |
| | ) | |
| Carlos Alejandro DELEON-Gonzalez | ) | |
| A XXX XXX 157 | ) | |
| | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 20, 2019** in the county of **Bexar** in the
**Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. § 1326(a) & (b)(2) | Illegal Reentry |
| | Penalties:  Maximum Penalties: 20 years confinement, $250,000 Fine or |
| | Both; 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

■ Continued on the attached sheet.

_Complainant's signature_

Steven Padilla, Deportation Officer

_Printed name and title_

■ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date:  December 20, 2019

_Judge's signature_

City and state:  San Antonio, Texas

Honorable Elizabeth S. Chestney, U.S. Magistrate Jud

_Printed name and title_

AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Steven Padilla and I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), with whom I have been employed since November 9, 2008. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On December 12, 2019, Carlos Alejandro DELEON-Gonzalez, (hereafter DELEON), was encountered at the Bexar County Jail in San Antonio, Texas, subsequent to an arrest for Assault Causes Bodily Injury. ICE-ERO Officers determined DELEON was an alien present within the United States illegally; an Immigration Detainer was issued upon him.

On December 20, 2019, DELEON was released from the Bexar County Jail in San Antonio, Texas to ICE-ERO - Criminal Alien Program in San Antonio, Texas. DELEON's fingerprints were submitted through the Immigration and FBI databases which verified his identity. The databases also revealed that DELEON was a citizen or national of Mexico with assigned Alien Registration Number A XXX XXX 157. A review of the Alien Registration File for A XXX XXX 157, indicated that DELEON was an alien previously removed from the United States to Mexico on or about June 22, 2009. DELEON was advised about his Miranda Rights.

Immigration databases also revealed that DELEON has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after deportation/removal.

The defendant was advised about his right to a consular notification and given the opportunity to call the Consulate of Mexico upon his arrest on December 20, 2019.

Record checks indicate that on October 13, 2008, DELEON received a felony conviction for Burglary Habitation w/ Intent Commit Assault in the 187th District Court of Texas, Bexar County, for which he received a sentence of 3 years confinement, imposition suspended, and placed on 4 years' probation.

DELEON was assigned an additional Immigration Detainer executed and filed with the U.S. Marshals Service on December 20, 2019.

Steven Padilla
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 20th day of December 2019.

United States Magistrate Judge
Honorable Elizabeth S. Chestney